RECEIVED

JAN 29 2024 (new suit) (cmp.)

TONY R MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

(Rev. 12/15/2023)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_Shreveport_ DIVISION

5:24-cv-0159

_Steven Sepulvado_          Civil Action No. _____ SEC. P

Plaintiff

Prisoner # _1006279_

VS.                         Judge _____

_See attached_              Magistrate Judge _____

Defendant

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

I. **Previous Lawsuits**

   a. Have you begun any other lawsuit while incarcerated or detained in any facility?

      Yes _____   No ✓

   b. If your answer to the preceding question is "Yes," provide the following information.

      1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

         _____

         _____

      2. Name the parties to the previous lawsuit(s):

         Plaintiffs: _____

         Defendants: _____

      3. Docket number(s): _____

      4. Date(s) on which each lawsuit was filed: _____

      5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

         _____

(Rev. 12/15/2023)

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes _____   No ✓

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.  a. Name of institution and address of current place of confinement:

Sabine Parish detention center 384 Detention center Rd many LA 71449

b. Is there a prison grievance procedure in this institution?

Yes ✓   No _____

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ✓   No _____

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

Yes I Filed multiple Grievances to warden and Several appeals with No Help From Staff

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit:

a. Plaintiff, Steven dean sepulvado JR

Address SPdc 384 Detention center Rd many LA 71449

(Rev. 12/15/2023)

b. Defendant, **Daniel thomas**, is employed as **Cheif of Police** at **Zwolle Pd**.

Defendant, **Berlin Sweet**, is employed as **warden** at **Sabine Paris detention center**

Defendant, **Jesse w Branam**, is employed as **Lt** at **Sabine Parish Sherrifs DEPt**

Additional defendants, **Brennen Jones, & Parole Officer Ronald Lodrigue, Sheriff Aarron mitchell**

### IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS. IF EXTRA PAGES ARE REQUIRED TO STATE THE FACTS OF YOUR CASE, YOU ARE LIMITED TO FIVE TYPEWRITTEN OR TEN LEGIBLE HANDWRITTEN PAGES PURSUANT TO LOCAL CIVIL RULE 3.2**

See attached

(Rev. 12/15/2023)

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

_See attached_
_Pain and Suffering $1,500_

## VI. Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

**Signed this** _22_ **day of** _January_ **, 20** _24_ .

_1006279_        _Steven Sepulvado_

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**   **Signature of Plaintiff**

Defendant(s)

Daniel Thomas - Cheif of Zwolle Police department

Berlin Sweet Warden SPdC - 384 Detention center Rd many LA 71449

Jesse W Branam Lt Sabine Parish sheriffs office Po Box 1440 many LA 71449

Brennen Jones Sabine Parish Sheriffs office Po Box 1440 many LA 71449

Ronald Lodrigue Probation and Parole 935 Fourth St Natchitoches LA 71457

Aarron Mitchell Sheriff Sabine Parish Sheriffs office Po box 1440 many LA 71449

(1)

Cheif of Police Daniel Thomas Date of incident 10-23-23 Place of Violation 504 Jeter Street Zwolle LA 71486 Cheif Daniel Thomas during arrest did not notify my Parole officer before my arrest and did not have a warrant and he came on Private Property without Permission warrant or without notifying Probation and Parole thats 221.2 Criminal Trespassing and when he searched me Fourth Amendment Right Violation also 18 USCS 241 Conspiracy against Rights, 18 USCS 242 Deprivation of Rights under color of Law, Fifth Amendment: Protection against Self incrimination and RS 14.40 intimidation by officers he even Fasly accused me of another crime I was not involved in even interviwed and Questioned me on body cam also on body cam He threatned me told me I could not ever come back to Zwolle or ever see my dad or speak to my dad ever again this is all on ~~cam~~ video and my Charge is a misdemeanor offense violation of Protective order how can he ~~threata~~ threaten me and slander my name for a crime I had nothing to do with or was even be arrested for and still interviwed me and still did not contact my Parole officer he even denied medical treatment for my Leg Fractures

(1)

Berlin Sweet the warden at Sabine Parish detention center has been opening and blocking my legal mail also denying my medical treatment I have over four fractures and a chipped bone in my knee and for three months I begged for medical treatment and was denied treatment thats a huge violation and they the warden opens my mail to the courts and government he even has Sgt Steve Procell to bring my mail home and reads it and sends out the mail thats not harmful to them and when I get jumped on and beaten for being a Federal drug informate warden Sweet turns an eye to it he even told me I cannot pursue charges against the inmate B. who assulted me thats a big violation 18 USCS 241 conspiracy against rights 18 USCS 242 Deprivation of rights under color of law Fifth Amendment: Protection against self incrimination and RS 14.40 intimidation by officers

(1)

Jesse W Branam and Brennen Jones and Sheriff Aarron mitchell are together in suit I was a confidential informate For them and when I was Arrested they did nothing to Protect me even though I have sucessfully helped them with some big drug bust since my arrest in SPdC in many LA I have had my nose Fractured and beat by several inmates For being a RCi I Feel like I should have had some Protection after the Bust not thrown in Jail with the same offenders I help arrest I tried writing and calling them and they Refuse to help me in any way what so ever thats a huge violation to my Rights because when I was arrested I was still a Paid RCi For the drug task Force thats 18 USCS 241 Conspiracy Against Rights and 18 USCS 242 deprivation of Rights under Color of Law and Fifth Amendment: Protection against self incrimination also RS 14.40 intimidation by officers honestly I think they had or was somewhat apart of me being beaten and abused in SPdC

(1)

Probation and Parole officer Ronald Lodrigue, Natchitoches district at 935 Fourth Street Natchitoches LA 71457 become my Parole officer after Parole officer Russell Haines transfered around 8-15-23 everything was going Fine until then mR Ronald Lodrigue started harrasing me had even using my Juvinle Record against me I just served Four Years Flat in Prison I wasnt working good or even have a reliable transportation still he Refused to work with me he would show up at 5:00 am beating on my camper yelling at me using Foul taunsage words scaring my sick dad to death the main thing is He verified my Residence at 504 Jeter Street in Zwolle as my Parole address not telling me I couldnt be there then I got arrested For that violation of Protective order I am in Jail For my Parole officers mistake now and he even Refuses to help me get treatment but he violated several of my Rights and Laws RS 14.40 intimidation by officers and RS 15.273 Rights of accused to be Confronted with witnesses Const Art 1-22 Acess to court - Fourth Amendment Right 18 USCS 241 Conspiracy Against Rights, 18 USCS 242 Deprivation of Rights under color of law and Fifth Amendment : Protection against self incrimination the main thing is harassment and lying to me approving my Residence at 504 Jeter St Zwolle LA 71486 then getting me arrested For violation of Protective order For his lie

(1)

*(Rev. 12/15/2023)*

## INSTRUCTIONS FOR FILING A
## PRISONER CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

1. **FILL OUT THE FORM**: Your complaint must be on the attached form; otherwise it will be returned to you. You may attach additional pages where necessary. You must file a separate complaint for each claim unless the claims are related to the same incident or issue.

2. **STATE ONLY FACTS**: Your complaint must include only facts - not legal arguments or citations. In order to state a claim under §1983, you must state **facts** which show that the named defendant(s) violated your rights secured by the Constitution.

3. **TYPE OR PRINT THE COMPLAINT**: Your complaint must be typed or legibly handwritten in pen (not pencil) and written on only one side of the page. **You may attach no more than five typewritten or ten legible handwritten pages.** *See*, **Local Civil Rule 3.2.**

4. **PAPER SIZE**: All pleadings and other papers submitted for filing must be on letter size 8½" x 11" paper. (not legal size paper).

5. **SIGN THE COMPLAINT**: The complaint must bear an original signature of the plaintiff and not a copy. The signature does not need to be notarized.

6. **LOCATION OF DEFENDANT(S)**: Your complaint can be filed in this court (the Western District of Louisiana) **only** if one or more of the named defendants are located within this district.

7. **FEES AND COSTS**: You must pay a filing fee of $405. If you are unable to pay the entire filing fee and service costs for this action, you may petition the court to proceed as a pauper ("*in forma pauperis*"). However, even if the court grants your request, you will be required to pay a filing fee of $350.00 as set forth on the application to proceed *in forma pauperis*.

8. **PROCEEDING *IN FORMA PAUPERIS***: If you are proceeding under 28 U.S.C. § 1915, *et seq.*, the court will review your complaint before ordering service of process on the defendants. The review will determine whether the complaint is legally frivolous or malicious, or fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. *See*, 28 U.S.C. § 1915(e)(2). Your complaint will also be reviewed to determine whether you should be required to exhaust administrative remedies. *See*, 42 U.S.C. § 1997e(a).

9. **THREE OR MORE SUITS**: If you have filed three or more civil actions and/or appeals while incarcerated or detained, and the actions have been dismissed on grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, you will not be permitted to proceed *in forma pauperis* unless you are under imminent personal danger. *See*, 28 U.S.C. § 1915(g).

10. **WHERE TO MAIL**: When the complaint and/or pauper application is completed, inmates who reside in or who are transferred into La. Department of Corrections facilities that are participating in the Electronic Filing Pilot Program, shall provide pleadings to the prison to be scanned and emailed to the court. Inmates at all other facilities shall mail the originals to the **Clerk of the United States District Court for the Western District of Louisiana, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

11. **SERVICE OF PROCESS**: The Marshal will serve the defendant(s) only if the service costs have been paid, or the court has granted the application to proceed *in forma pauperis*. You must furnish the Marshal with a correct and complete name and address for each defendant.

12. **COPIES**: You must pay the Clerk for any copies of your complaint or other court records, even if you are proceeding *in forma pauperis*.