## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| **STEVEN DEAN SEPULVADO, JR.** | **CIVIL ACTION NO. 24-0159** |
| | |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| | |
| **DANIEL THOMAS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No, 16] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Steven Dean Sepulvado, Jr.'s Complaint, [Doc. No. 1], is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 12th day of August 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE