UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **STEVEN DEAN SEPULVADO JR #1006279** | **CIVIL ACTION NO. 24-cv-159 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DANIEL THOMAS ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 16] previously filed herein, having thoroughly reviewed the record, including the Objection filed by Plaintiff Steven Dean Sepulvado, Jr. ("Sepulvado"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Sepulvado's Complaint, [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this the 19th day of September 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE